C. A. 3d Cir. Certiorari denied. *Charles Danzig* for petitioner. *Harry V. Osborne, Jr.* for respondent.

No. 424. INTERSTATE EQUIPMENT CORP. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied. *Charles Danzig* for petitioner. *Harry V. Osborne, Jr.* for respondents.

No. 425. HOMEWORKERS' HANDICRAFT COOPERATIVE ET AL. *v.* McCOMB, WAGE & HOUR ADMINISTRATOR. C. A. 4th Cir. Certiorari denied. *Thornton H. Brooks* for petitioners. *Solicitor General Perlman, William S. Tyson* and *Bessie Margolin* for respondent.

No. 437. BARUCH *v.* BEECH AIRCRAFT CORP. C. A. 10th Cir. Certiorari denied. *Mark H. Adams* for petitioner. *Claude I. Depew* and *W. E. Stanley* for respondent.

No. 358. CASSELMAN ET AL. *v.* IDAHO. Supreme Court of Idaho. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE REED, and MR. JUSTICE BURTON are of the opinion certiorari should be granted. *Arthur J. Goldberg* for petitioners.

No. 406. INDEPENDENCE LEAD MINES Co. *v.* KINGSBURY ET AL. C. A. 9th Cir. Certiorari denied. *William E. Cullen* and *James A. Murray* for petitioner. *J. K. Cheadle* for respondents.

No. 422. LAWS, CHIEF JUDGE, ET AL., COMPRISING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, *v.* CARTER. United States Court of Appeals